**Order entered October 23, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00870-CV

**BLACKSTONE MEDICAL, INC. D/B/A ORTHOFIX SPINAL IMPLANTS, Appellant**

**V.**

**PHOENIX SURGICALS, LLC, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-00902-D**

## ORDER

We **GRANT** appellee's October 21, 2013 agreed motion for an extension of the appellate deadlines. Appellee/cross-appellant shall file its brief on or before December 11, 2013. Alternatively, if appellee/cross-appellant decides not to pursue its cross-appeal, it must file a motion to dismiss the cross-appeal with this Court. Appellant/cross-appellee shall file its reply brief on or before Monday, January 27, 2014. We caution the parties that no further extension of time will be granted absent extraordinary circumstances.

/s/     DAVID LEWIS
        JUSTICE